AO 440 (Rev. 03/08) Civil Summons (cand 6/08)                                                                              Clear Form

# UNITED STATES DISTRICT COURT
for the

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Eliza Rosas, ) | |
| ) | |
| ) | |
| ) | |
| Plaintiff ) | |
| v. ) | Civil Action No. CV 08 3511 VRW |
| Michael J. Astrue, Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant ) | |

**Summons in a Civil Action**

To: Michael J. Astrue, Commissioner of Social Security

*(Defendant's name)*

A lawsuit has been filed against you.

Within ~~60~~ 90 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

David Polin, SBN 72273
Law Office of David Polin
10 Keller Street # 100
Petaluma, CA 94952

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: AUG 2 5 2008

Richard W. Wieking
Name of clerk of court

SHEILA BASH
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*