IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELIZA ROSAS,   No C 08-3511 VRW

    Plaintiff,   ORDER

    v

MICHAEL J ASTRUE, Commissioner of Social Security,

    Defendant.
_____/

    Pursuant to the parties' stipulation and agreement, Doc #18, the above-captioned case is hereby DISMISSED.  The clerk is DIRECTED to terminate all motions and close the file.

    IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge